

# COURT OF APPEALS

REBECA C. MARTINEZ
   CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
   JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
   CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 1, 2022

Eric R. Rodriguez
Bexar County Assistant Criminal
District Attorney
101 W. Nueva Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Gerald A. Uretsky
Attorney At Law
406 Brees Blvd.
San Antonio, TX 78209
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-22-00680-CV
       Trial Court Case Number:   2020-PA-01192
       Style:  In the Interest of A.N.C., E.L.G., I.C.C.-G., and O.N.C.-G.,
       Children

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Joe D. Gonzales (DELIVERED VIA E-MAIL)
Stephanie Barajas (DELIVERED VIA E-MAIL)
Ryan G. Anderson (DELIVERED VIA E-MAIL)
Honorable Martha Tanner (DELIVERED VIA E-MAIL)
Shawn Darrick Sheffield (DELIVERED VIA E-MAIL)
Debra Garay (DELIVERED VIA E-MAIL)



## Fourth Court of Appeals
### San Antonio, Texas

December 1, 2022

No. 04-22-00680-CV

**IN THE INTEREST OF A.N.C., E.L.G., I.C.C.-G., AND O.N.C.-G.**, Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01192
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant S.G.'s parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The clerk's record was filed in this court on October 20, 2022, and the reporter's record was filed on October 24, 2022. S.G. filed his brief on November 21, 2022. The brief of appellee the Texas Department of Family and Protective Services is currently due on December 12, 2022. On November 28, 2022, the Department filed a motion to abate this appeal "so that the trial court may enter a nunc pro tunc judgment reflecting the correct findings in this case." In its motion, the Department asserted that the written order of termination does not accurately reflect the trial court's oral rendition of judgment.

After consideration, we **GRANT** the Department's motion, **ABATE** this appeal, and **WITHDRAW** the Department's current brief deadline of December 12, 2022. We **REMAND** this matter to the trial court to allow the Department to request a judgment nunc pro tunc. If the Department has not already filed a motion for judgment nunc pro tunc in the trial court, we **ORDER** it to do so **no later than December 5, 2022**. We further **ORDER** the Department to file a file-stamped courtesy copy of its motion, if any, in this court **by December 6, 2022**.

If the trial court signs a judgment nunc pro tunc, we **ORDER** the Department to inform this court in writing within twenty-four hours of the signing of the judgment. We further **ORDER** the District Clerk of Bexar County to file a supplemental clerk's record containing the Department's motion for judgment nunc pro tunc, any responses to the motion, and the judgment nunc pro tunc, if any, **by January 3, 2023**. If a supplemental clerk's record containing a judgment nunc pro tunc is not filed in this court by January 3, 2023, this appeal will be automatically reinstated to this court's docket, and the Department's brief will be due twenty days later.

If, however, the trial court signs a judgment nunc pro tunc, S.G. may file a new brief within twenty days of the date the judgment is signed. The Department's response brief will be

due twenty days after the filing of S.G.'s new brief, if any. **Due to the time constraints governing this appeal, we caution the parties that requests for extension of any deadline stated in this order will be disfavored.**

It is so **ORDERED** December 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT